THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMBER RAINEY *et al.*,<br><br>             Plaintiffs,<br><br>        v.<br><br>MYLAN SPECIALTY L.P.,<br><br>             Defendant. | No. 3:17-cv-05244-RBL<br><br>DECLARATION OF THOMAS L. BOEDER IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER |

I, THOMAS L. BOEDER, declare as follows:

1. I submit this Declaration with personal knowledge of the truth of the matters set forth herein. I am over 18 years old, am competent to testify to these facts, and would so testify if called as a witness.

2. I am an attorney duly admitted to this Court and a partner with the Seattle, Washington office of Perkins Coie LLP, which is counsel to defendant Mylan Specialty L.P. ("Mylan").

3. Attached as Exhibit A is a true and correct copy of Plaintiffs' response Exhibit F filed on May 17, 2017, in *In re EpiPen Marketing and Sales Practices Litigation*, MDL No. 2785 (J.P.M.L.).

DECLARATION OF THOMAS L. BOEDER IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER (NO. 3:17-CV-05244-RBL) – 1
69560-0045/135604694.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4. Attached hereto as Exhibit B is a true and correct copy of the second amended complaint filed February 3, 2017, in the action then captioned as *Serrano v. Mylan*, Case No. 2:16-cv-02711 (D. Kan.).

5. Attached hereto as Exhibit C is a true and correct copy of the transcript of a hearing held on April 25, 2017, in the action then captioned as *Serrano v. Mylan*, Case No. 2:16-cv-02711 (D. Kan.).

6. Attached hereto as Exhibit D is a true and correct copy of an order issued on April 25, 2017, in the case formerly captioned *Serrano v. Mylan*, Case No. 2:16-cv-02711 (D. Kan.), captioning that case *In re: EpiPen Auto-Injector Litigation*, Case No. 2:16-cv-02711 (D. Kan.) (the "*In re EpiPen* Action").

7. Attached hereto as Exhibit E is a true and correct copy of a motion filed on May 2, 2017, in *In re: EpiPen Auto-Injector Litigation*, Case No. 2:16-cv-02711 (D. Kan.).

8. Attached hereto as Exhibit F is a true and correct copy of a memorandum filed in support of a motion to transfer on April 24, 2017, in *In re EpiPen Marketing and Sales Practices Litigation*, MDL No. 2785 (J.P.M.L.).

9. Attached hereto as Exhibit G is a true and correct copy of a response to Exhibit F filed on May 1, 2017, in *In re EpiPen Marketing and Sales Practices Litigation*, MDL No. 2785 (J.P.M.L.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of May, 2017.

*s/ Thomas L. Boeder*
Thomas L. Boeder

DECLARATION OF THOMAS L. BOEDER IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER (NO. 3:17-CV-05244-RBL) – 2

69560-0045/135604694.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

I certify that on May 17, 2017, I electronically filed the foregoing DECLARATION OF THOMAS L. BOEDER IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record. In addition, I caused service to be made on the same attorney(s) of record by the method(s) indicated:

Steve W. Berman  
Hagens Berman Sobol Shapiro LLP  
1918 Eighth Avenue  
Suite 3300  
Seattle, WA   98101  
*STEVE@HBSSLAW.COM*

___ Via hand delivery  
___ Via U.S. Mail, 1st Class, Postage Prepaid  
___ Via Overnight Delivery  
___ Via Facsimile  
_X_ Via Email  
___ Other: _____

Attorneys for Plaintiff

Jennifer Fountain Connolly  
Hagens Berman Sobol Shapiro LLP  
1701 Pennsylvania Ave. NW  
Suite 300  
Washington, DC 20006  
jenniferc@hbsslaw.com

___ Via hand delivery  
___ Via U.S. Mail, 1st Class, Postage Prepaid  
___ Via Overnight Delivery  
___ Via Facsimile  
_X_ Via Email  
___ Other: _____

Attorneys for Plaintiff

Craig L. Briskin  
Mehri & Skalet, PLLC  
1250 Connecticut Avenue, NW  
Suite 300  
Washington DC   20036  
cbriskin@findjustice.com

___ Via hand delivery  
___ Via U.S. Mail, 1st Class, Postage Prepaid  
___ Via Overnight Delivery  
___ Via Facsimile  
_X_ Via Email  
___ Other: _____

Attorneys for Plaintiff

I certify under penalty of perjury that the foregoing is true and correct.

DECLARATION OF THOMAS L. BOEDER IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER (NO. 3:17-CV-05244-RBL) – 3

**Perkins Coie LLP**  
1201 Third Avenue, Suite 4900  
Seattle, WA  98101-3099  
Phone: 206.359.8000  
Fax: 206.359.9000

69560-0045/135604694.3

DATED this 17th day of May, 2017.

s/ Thomas L. Boeder, WSBA No. 408
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: TBoeder@perkinscoie.com

Attorneys for Defendant Mylan Specialty L.P.

DECLARATION OF THOMAS L. BOEDER IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER (NO. 3:17-CV-05244-RBL) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

69560-0045/135604694.3